DAVID L. ANDERSON (CABN 149604)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JOSEPH E. SPRINGSTEEN (DCBN 474317)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    FAX: (415) 436-7234
    Joseph.Springsteen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-00573 RS |
| Plaintiff, | STIPULATION TO EXCLUDE TIME FROM FEBRUARY 5, 2019, TO MARCH 12, 2019, AND [~~PROPOSED~~] ORDER |
| v. | |
| MAURICE FAIJON EKAH, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Maurice Faijon Ekah, that time be excluded under the Speedy Trial Act from February 5, 2019, through March 12, 2019.

At the status conference held on February 5, 2019, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until March 12, 2019, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 5, 2019, through March 12, 2019, from computation under the Speedy Trial Act outweigh the best interests

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. 18-CR-00573 RS            v. 7/10/2018

of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 7, 2019          /s/
                                 JOSEPH E. SPRINGSTEEN
                                 Assistant United States Attorney

DATED: February 7, 2019          /s/
                                 JODI LINKER
                                 Assistant Federal Public Defender
                                 Counsel for Defendant Faijon Maurice Ekah

[PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on February 5, 2019, and for good cause shown, the Court finds that failing to exclude the time from February 5, 2019, through March 12, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from February 5, 2019, to March 12, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 5, 2019, through March 12, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 2/8/19

RICHARD SEEBORG
United States District Judge