# ~~PROPOSED~~ ORDER/COVER SHEET

TO:     **Honorable Elizabeth D. Laporte**          RE:   **Faijon Maurice EKAH**
        **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**                     **Docket No.:**   **3:18-cr-00573-RS-1**
        **U.S. Pretrial Services Officer**

Date:   **4/25/19**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                                            510-637-3752

U.S. Pretrial Services Officer                        **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____E_____ on _April 30, 2019_ at _11:00 am_.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

      **1)**

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_Elizabeth D. Laporte_                     April 25, 2019
**JUDICIAL OFFICER**                      **DATE**
Elizabeth D. Laporte
United States Magistrate Judge