STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: 415.436.7700
Facsimile: 415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant EKAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 18-0573 RS |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| FAIJON MAURICE EKAH, | |
| Defendants. | |

Defendant Faijon Maurice Ekah is scheduled to appear before this Court for a status conference on Tuesday, June 11, 2019 at 2:30 p.m. New counsel for the government was recently added to this case and defense counsel is awaiting additional discovery that has been requested. Additionally, defense counsel is going to out of the office on medical leave for approximately one month. Accordingly, the parties request that the hearing be continued to July 30, 2019 at 2:30 pm.

The parties stipulate there is good cause—taking into account the public interest in the prompt disposition of this case—to exclude the time from June 11 to July 30, 2019 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence, as well as continuity of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from June 11 to July 30, 2019 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

SO STIPULATED.

Date: June 6, 2019 
/S  
ALEX G. TSE  
Assistant U.S. Attorney

Date: June 6, 2019 
/S  
JODI LINKER  
Attorney for Defendant

IT IS SO ORDERED.

June 6, 2019  
Date  

RICHARD SEEBORG  
United States District Judge