1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ALEX G. TSE (CABN 152348)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6855
7      FAX: (415) 436-7234
       Alex.Tse@usdoj.gov
8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      ) **CASE NO. CR-18-573 RS**
   |                                )
14 |     Plaintiff,                  ) **STIPULATION AND ORDER CONTINUING**
   |                                ) **STATUS CONFERENCE AND FOR THE**
15 | v.                              ) **EXCLUSION OF TIME UNDER THE SPEEDY**
   |                                ) **TRIAL ACT**
16 | FAIJON MAURICE EKAH,            )
   |                                ) Date: November 12, 2019
17 |     Defendant.                  ) Time: 2:30 p.m.
   |                                )

18

19   The parties through their undersigned counsel of record hereby agree to and stipulate as follows:

20   1. The Court has set a further status conference for November 12, 2019.

21   2. The parties require more time in order for the defendant to evaluate the government's

22      proposal to resolve the case.

23   3. The parties agree to continue the status conference to December 3, 2019, at 2:30 p.m., or the

24      next available court date.

25   4. In order to allow counsel time to evaluate the proposed resolution, the parties agree and

26      request that the time between November 12, 2019, and December 3, 2019, should be excluded

27      in order to provide reasonable time necessary for the effective preparation of counsel,

28

pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of the criminal case.

IT IS SO STIPULATED.

DATED: October 31, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
_____
ALEX G. TSE
Assistant United States Attorney

/s/ AGT per email authorization
_____
JODI LINKER
Assistant Federal Public Defender
Counsel for FAIJON MUARICE EKAH

### ORDER

For good cause shown, IT IS HEREBY ORDERED that the status conference shall be continued to December 3, 2019, at 2:30 p.m. Based on the reasons stated above, the Court hereby finds just cause that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.

IT IS HEREBY FURTHER ORDERED that time is excluded until December 3, 2019.

Dated: November 4, 2019

_____
HON. RICHARD SEEBORG
United States District Court