1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  PATRICK K. O'BRIEN (CABN 292470)
   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       FAX: (415) 436-7234
        Patrick.OBrien@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-00573 RS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT FROM DECEMBER 3, 2019, TO DECEMBER 17, 2019 |
| FAIJON EKAH, | |
| Defendant. | |

The parties through their undersigned counsel of record hereby agree to and stipulate to continue the status conference currently scheduled for December 3, 2019, until December 17, 2019, or the next available court date, and to exclude time under the Speedy Trial Act through December 17, 2019, or the next available court date.

The parties are continuing to discuss a resolution of the case and addressing outstanding discovery issues. Counsel for the government, who recently appeared in this case on November 22, 2019, is also scheduled to participate in a Final Pretrial Conference on December 3, 2019, at 2:00 pm, in Case No. 3:18-CR-00199-CRB.

STIPULATION AND [PROPOSED] ORDER
18-CR-00573 RS                                          1

1   The government and counsel for the defendant further agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery already produced.  For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 17, or the next available court date, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from December 3, 2019, through December 17, 2019, or the next available court date, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: November 25, 2019

/s/
PATRICK K. O'BRIEN
Assistant United States Attorney

DATED: November 25, 2019

/s/
JODI LINKER
Assistant Federal Public Defender
Counsel for Defendant Ekah

## ORDER

For good cause shown, IT IS HEREBY ORDERED that the status conference shall be continued to December 17, 2019, at 2:30 pm.  Based on the reasons set forth above, the Court hereby finds that failing to exclude time from December 3, 2019, through December 17, 2019, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from December 3, 2019, to December 17, 2019, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time

from December 3, 2019, through December 17, 2019, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: November 25, 2019

_____
HONORABLE RICHARD SEEBORG
United States District Judge