JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Email:          ned_smock@fd.org

Counsel for Defendant EKAH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>FAIJON EKAH,<br><br>                  Defendant. | **Case No.:** CR 18-573 RS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

    The above captioned matter is scheduled for a status conference on July 16, 2024. The parties respectfully request that this date be continued to August 6, 2024 at 9:30 a.m. Defense counsel was recently assigned to Mr. Ekah's case, and will be meeting with his client and U.S. Probation next week. Further, the parties will be discussing a potential resolution of the Form 12, and hope to come to an agreement in time for the new court date.

IT IS SO STIPULATED.

| | |
|---|---|
| July 12, 2024<br>Dated | ISMAIL RAMSEY<br>United States Attorney<br>Northern District of California |
| | /S<br>SAILAJA PAIDIPATY<br>Assistant United States Attorney |
| July 12, 2024<br>Dated | JODI LINKER<br>Federal Public Defender<br>Northern District of California |
| | /S<br>NED SMOCK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| July 12, 2024<br>Dated | RICHARD SEEBORG<br>Chief United States District Judge |